1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DEAN MOSTAD
7

8

9                     IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:10-MJ-0218 EFB
                                    )
14              Plaintiff,          )
                                    ) **STIPULATION AND ORDER AMENDING**
15      v.                          ) **BRIEFING AND HEARING SCHEDULE**
                                    )
16 DEAN MOSTAD,                     )
                                    ) Date:  January 9, 2012
17              Defendant.          ) Time:  10:00 a.m.
                                    ) Judge: Hon. Edmund F. Brennan
18 _____  )

19

20     IT IS HEREBY STIPULATED between the parties, through their

21 respective attorneys, that the schedule for briefing and hearing on

22 pretrial motions may be amended as follows:

23     Defendant shall file all Rule 12 motions on or before February 3,

24 2012; the government shall respond on or before March 2, 2012; an

25 optional reply brief may be filed on or before March 14, 2012; and

26 hearing on the motion shall be held on Wednesday, March 21, at 2:00 p.m.

27     Although Mr. Mostad is charged with petty-offense violations of

28 Forest Service regulations, the legal issues in his case are unusually

complex. Defense counsel is consulting with experts in U.S. mining law and continues to research the legal issues he is likely to cover in pretrial motions. However, the parties anticipate that research will be concluded this month so that the motions may be filed on February 3, as set forth above.

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

Dated: January 6, 2012                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: January 6, 2012                /s/ T. Zindel for J. Lee
                                      JUSTIN LEE
                                      Special Assistant U.S. Attorney

**ORDER**

    The above schedule is adopted. Hearing on defendant's motions shall be held on March 21, 2012, at 2:00 p.m.

    IT IS SO ORDERED.

DATED: January 6, 2012

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE