```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-MJ-0218-EFB |
|---|---|
| Plaintiff, | ) Stipulation to Continue Briefing ) Schedule and Hearing |
| v. | ) and Order |
| DEAN ROBERT MOSTAD, | ) |
| Defendant. | ) Date: April 23, 2012 ) Time: 10:00 a.m. ) Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States through Alex Lozada, Special Assistant U.S. Attorney, and the defendant, Dean Robert Mostad, by and through his undersigned counsel, Timothy Zindel, to continue the briefing schedule and motion hearing as follows:

///
///
///
///
///
///
///

1

Government's Opposition to Motion to Dismiss due.... March 9, 2012

Defendant's Reply due............................. March 28, 2012

Hearing...........................................April 23, 2012

DATED:    March 2, 2012

                              BENJAMIN B. WAGNER
                              United States Attorney

                         By: /s/ Alex Lozada          :
                              ALEX LOZADA
                              Special Assistant U.S. Attorney

                         By: /s/ Alex Lozada for      :
                              TIMOTHY ZINDEL
                              Attorney for Defendant

                              ORDER

IT IS SO ORDERED:

DATED:    March 20, 2012

                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

2