1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   DEAN MOSTAD

7

8

9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 | UNITED STATES OF AMERICA,     ) No. 2:10-MJ-0218 EFB
                                   )
14 |         Plaintiff,             )
                                   ) **STIPULATION AND ORDER AMENDING**
15 |     v.                        ) **BRIEFING AND HEARING SCHEDULE**
                                   )
16 | DEAN MOSTAD,                   )
                                   )
17 |         Defendant.             )
                                   ) Judge: Hon. Edmund F. Brennan
18 | _____)

19

20     IT IS HEREBY STIPULATED between the parties, through their

21 respective attorneys, that the schedule for briefing and hearing on

22 pretrial motions may be amended as follows:

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

Defendant shall file Rule 12 motions on or before May 20, 2013; the government shall respond on or before June 24, 2013; an optional reply brief may be filed on or before July 8, 2013; and hearing on the motion shall be held on July 22, 2013, at 10:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 13, 2013 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender

BENJAMIN B. WAGNER
United States Attorney

Dated: May 13, 2013 /s/ T. Zindel for A. Janakiram
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney

**ORDER**

As amended below, the above schedule is adopted. Hearing on defendant's motions shall be held on July **15**, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 14, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE